...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01281-BNB

VERNON GALLOWAY,

    Applicant,

v.

JOHN DeQUARDO (Of Pueblo), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

```
                    F I L E D
            UNITED STATES DISTRICT COURT
                DENVER, COLORADO

                  SEP 1 2 2007

              GREGORY C. LANGHAM
                                CLERK
```

## ORDER OF DISMISSAL

Applicant Vernon Galloway currently is held at the Colorado Mental Health Institute in Pueblo, Colorado. On July 2, 2007, pursuant to Magistrate Judge Boyd N. Boland's Order to Cure Deficiencies, Mr. Galloway filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action. Magistrate Judge Boland entered an order, on August 2, 2007, directing Applicant to show cause why the Application should not be denied for failure to exhaust state court remedies. Mr. Galloway was warned that the Application would be denied without further notice if he failed to comply within the time allowed.

Applicant now has failed to communicate with the Court, and as a result he has failed to show cause within the time allowed. The Court has reviewed the Application,

concurs with Magistrate Judge Boland's findings, and finds that the action should be dismissed for failure to show cause and to prosecute. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to show cause and to prosecute.

DATED at Denver, Colorado, this 12 day of Sept, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01281-BNB

Vernon Galloway
Prisoner No. A00196165
CMHIP - HS11
1600 W. 24TH St.
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9|12|7

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk