FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 30 2008
GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-P137-H

VERNON GALLOWAY            PETITIONER

v.

UNKNOWN[1]            RESPONDENT

## ORDER

By Memorandum and Order entered June 14, 2007 (DNs 8 & 9), this Court transferred this habeas action to the United States District Court for the District of Colorado. *See* Civil Action No. 1:07CV-1281-ZLW (D. Colo.) (District of Colorado dismissed action without prejudice by order entered Sept. 12, 1997). Recently, Petitioner filed several letters in this Court addressed to both the undersigned and the Clerk's Office. In most of the letters (DNs 11, 12, 13, 14 & 16), Petitioner reports on the status of what appears to be a Colorado state court criminal action, but he asks for no relief. In two of the letters (DN 15 & 17), however, Petitioner alleges ineffective assistance of counsel and asks for legal representation. Because this Court lost jurisdiction over this habeas action once it transferred the action to the District of Colorado, the Court **DECLINES** to address Petitioner's pending requests and any future requests filed in this transferred action.[2]

Date: September 23, 2008

John G. Heyburn II
Chief Judge, U.S. District Court

cc: Petitioner, *pro se*
     Clerk, United States District Court for the District of Colorado
4412.005

---

[1] In the space provided on the court-supplied § 2254 form, Petitioner failed to fill in the name of the authorized person having custody over him. The Court left further development of that issue to the District of Colorado, the transferee court.

[2] The Court notes that attached to Petitioner's last letter (DN 17) is a copy of a "motion requesting a conflict hearing to withdraw current counsel and appointment of alternate defense counsel," which he directs to the Colorado state court in which is criminal action is pending.

# Other Orders/Judgments
3:07-cv-00137-JGH Galloway **CASE CLOSED on 06/14/2007**

### U.S. District Court

### Western District of Kentucky

## Notice of Electronic Filing

The following transaction was entered on 9/26/2008 at 1:47 PM EDT and filed on 9/26/2008
**Case Name:** Galloway
**Case Number:** 3:07-cv-137
**Filer:**
**WARNING: CASE CLOSED on 06/14/2007**
**Document Number:** 18

**Docket Text:**
**ORDER by Chief Judge John G. Heyburn, II on 9/23/2008; because this court lost jurisdiction over this habeas action once it transferred the action to the District of Colorado, the Court declines to address petitioner's pending requests and any future requests filed in this transferred action.cc: petitioner pro se, Clerk USDC-Colorado (TLB)**

**3:07-cv-137 Notice has been electronically mailed to:**

**3:07-cv-137 Notice will not be electronically mailed to.:**

Vernon Galloway
CMH 1P
1600 W. 24th Street
Pueblo, Co 81003

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=9/26/2008] [FileNumber=1006692-0
] [16309a16f8e08a5b1258565d0205c90c78dfd2260ef2b8e770d694e2560243e1a90
6b92aa7dae655c156fbc431a7f9ada28194917092720fa9f242e77f7d0669]]

Clerk, U.S. District Court
U.S. Courthouse, Room A-105
901 19th Street
Denver, Colorado 80294-3589.

OFFICE OF THE CLERK
**ITED STATES DISTRICT COURT**
106 Gene Snyder U.S. Courthouse
- .601 W. Broadway
Louisville, KY 40202-2249

**OFFICIAL BUSINESS**



016H16505537

$00.420
09/26/2008
Mailed From 40202
US POSTAGE

80294+2501